UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――

BERNABE RAMIREZ,

                Plaintiff,

        -v.-

CITICORE ASSET MGMT INC.,
STEVEN SATZ, and TIMOUR
SHAFRAN,

                Defendants.

―――――――――――――――――――――――――――

22 Civ. 3802 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    Plaintiff filed this case in May 2022. (Dkt. #1). Two defendants have since appeared and answered the Complaint (Dkt. #21-22), but the third, Citicore Asset Mgmt Inc. ("Citicore"), has so far been absent from the proceedings. The Clerk of Court issued a Certificate of Default as to Citicore on October 19, 2022. (Dkt. #26).

    If Plaintiff wishes to move for a default judgment against Citicore, she shall file a proposed Order to Show Cause on or before **December 1, 2022**. Detailed instructions on how to obtain a default judgment are available as Attachment A to the Court's Individual Rules of Practice of Civil Cases. Plaintiff is advised that failure to comply with this Order will result in dismissal of the claims against Citicore pursuant to Federal Rule of Civil Procedure 41(b).

    SO ORDERED.

Dated:  November 16, 2022
           New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge