UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNABE RAMIREZ,

                Plaintiff,

- against -

CITICORE ASSET MGMT INC., STEVEN SATZ and TIMOUR SHAFRAN,

                Defendants.

Case No. 22 Civ. 3802 (KPF)

**DEFAULT JUDGMENT**

## JUDGMENT

This action by Plaintiff, Bernabe Ramirez ("Plaintiff") against Defendants Citicore Asset Mgmt Inc., Steven Satz, and Timour Shafran ("Defendants") having been commenced on May 10, 2022, by Plaintiff's filing of the Complaint (Dkt. #1), and the Summons and Complaint having been duly served on defendant Citicore Asset Mgmt Inc. on May 25, 2022, by personal service on the New York Secretary of State, and proof of service having been filed on July 12, 2022 (Dkt. #11), and said Defendant having failed to plead or otherwise defend this action, and the Clerk of the Court having issued a Certificate of Default dated October 19, 2022 (Dkt. #26), noting the default of Defendant Citicore Asset Mgmt Inc., and upon the annexed declaration of default judgment,

NOW, on motion of Plaintiff, by his attorneys Rapaport Law Firm, PLLC, it is hereby ORDERED, ADJUDGED AND DECREED:

That Plaintiff has judgment against Defendant Citicore Asset Mgmt Inc., in amounts to be determined following additional proceedings in this action, with respect to his claims under the Fair Labor Standards Act and the New York Labor Law for overtime and minimum wage violations, untimely payment of wages, and failure to provide required wage statements and wage notices.

Dated: January 9, 2023
       New York, New York

_____
KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE