```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/22/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BERNABE RAMIREZ,

                Plaintiff,

    -against-

CITICORE ASSET MGMT. INC., et al.,

                Defendants.

-----------------------------------------------------------------X

22-CV-03802 (SN)

**ORDER OF PARTIAL DISMISSAL**

**SARAH NETBURN, United States Magistrate Judge:**

On April 3, 2023, the parties to this Fair Labor Standards Act case appeared before me, and thereafter Plaintiff and Defendant Satz reached a settlement in principle. On April 4, 2023, the parties consented to my jurisdiction, and on May 19, 2023, the settling parties submitted their settlement agreement to the Court. Upon review of the parties' written agreement, I conclude that the settlement is fair and reasonable. Based on this agreement, and on the stipulation of the parties under 28 U.S.C. § 636(c), this action is DISMISSED solely as to Defendant Steven Satz, with prejudice with leave to reopen by June 21, 2023.

**SO ORDERED.**

                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:    May 22, 2023
                 New York, New York