UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BERNABE RAMIREZ,

                                Plaintiff,                  22-CV-03802 (SN)

        -against-                                          **ORDER**

CITICORE ASSET MGMT. INC., et al.,

                                Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On June 1, 2023, the Court held an initial pretrial conference at which *pro se* Defendant Timour Shafran failed to appear. The conference was initially scheduled in an order issued on May 22, 2023, then rescheduled in an order issued on May 24, 2023. ECF Nos. 51, 53. Both of these scheduling orders were mailed to Defendant Shafran. On May 30, 2023, Plaintiff's counsel filed a letter with the Court reporting that they had been unable to contact Defendant Shafran by phone or email in advance of the conference. ECF No. 54. Subsequently, the Court made unsuccessful efforts to reach Defendant Shafran by phone.

       On June 1, 2023, Defendant Shafran was ordered to show cause no later than June 15, 2023, why default should not be entered against him. ECF No. 55. To date, Defendant Shafran has made no such filing.

       Accordingly, Plaintiff is directed to either move for default or file a status letter with the Court detailing any contact they have had with Defendant Shafran no later than July 31, 2023.

**SO ORDERED.**

DATED:      July 17, 2023
                 New York, New York