```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BERNABE RAMIREZ,

                          Plaintiff,

          -against-

CITICORE ASSET MGMT. INC., et al.,

                       Defendants.

-----------------------------------------------------------------X

22-CV-03802 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff has moved to withdraw his claims against the sole remaining defendant in this matter, Timour Shafran. See ECF No. 57. Accordingly, it is hereby ORDERED that this action is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(a)(2). The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:     August 4, 2023
                New York, New York